1   Mark A. Finkelstein (State Bar No. 173851)
     mafinkelstein@jonesday.com
2   JONES DAY
     3161 Michelson Drive
3   Suite 800
     Irvine, CA 92612
4   Telephone:   (949) 851-3939
     Facsimile:   (949) 553-7539
5
     Attorneys for Plaintiff
6   ENTREPRENEUR MEDIA, INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   ENTREPRENEUR MEDIA, INC., a          CASE NO.   SACV11-01368 AG (RNBx)
      California corporation,
12                                         COMPLAINT FOR:
                Plaintiff,
13                                         (1) FALSE DESIGNATION OF
        v.                                 ORIGIN;
14
     Lawrence Capital Management, LLC, a   (2) FEDERAL TRADEMARK
15   Utah limited liability corporation,    INFRINGEMENT; AND
16              Defendant.                  (3) CALIFORNIA UNFAIR
                                            COMPETITION
17
                                           DEMAND FOR JURY TRIAL
18

19

20

21

22

23

24

25

26

27

28

IRI-25902v1

1  Plaintiff Entrepreneur Media, Inc. ("EMI" or "Plaintiff") for its Complaint

2  against Lawrence Capital Management, LCC ("LCM" or "Defendant") alleges as

3  follows:

4  ## JURISDICTION AND VENUE

5  1. EMI brings this action for injunctive relief and damages for federal

6  trademark infringement and false designation of origin, as well as unfair

7  competition under California law. This Court has subject matter jurisdiction over

8  the federal question claims pursuant to 28 U.S.C. § 1331 and 1338(a). This Court

9  has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §

10  1338(b) and 1367(a).

11  2. Defendant, through its Internet presence, conducts business within the

12  State of California and this District and provides services into the State of

13  California and this District. On information and belief, Defendant derives a

14  financial benefit from the commercial activities it conducts within the State of

15  California.

16  3. On information and belief, Defendant is subject to this Court's

17  personal jurisdiction in that it (1) transacts business within the State of California

18  and this District, (2) has committed the tortious acts specified herein within the

19  State of California and this District, and (3) has committed tortious acts within the

20  State of California causing injury to persons or property within the State of

21  California and this District.

22  4. Venue is proper in this Judicial District pursuant to 28 U.S.C.

23  §§ 1391(b)(1), 1391(b)(2), and 1391(c), because Defendant resides in this District

24  and because the wrongful acts alleged herein have been committed in this District.

25  Defendant is subject to personal jurisdiction in this District, a substantial part of the

26  acts and omissions giving rise to the claims set forth below occurred in this District,

27  and the intellectual property that is the subject of this action is located and

28  maintained in this District.

IRI-25902v1

## THE PARTIES

5.      EMI is a California corporation with its principal place of business at 2445 McCabe Way, Suite 400, Irvine, California 92614.

6.      LCM is a Utah limited liability corporation with its principal place of business in American Fork, Utah.

## FACTUAL BACKGROUND

### *EMI's Trademark Rights*

7.      EMI is a well-known publisher of magazines and business guides, including ENTREPRENEUR® magazine and other publications incorporating the ENTREPRENEUR® trademark (the "ENTREPRENEUR Mark") in their titles. ENTREPRENEUR® magazine is published monthly with a current paid circulation, including both subscriptions and newsstand sales, of more than 600,000.  ENTREPRENEUR® magazine is sold and currently distributed in over 100 foreign countries.

8.      Beginning in 1978, EMI has continuously used the ENTREPRENEUR Mark to identify the source of its editorial and advertising content as marketed, sold and distributed through the numerous media outlets it owns, as well as through third-party media outlets, including in or through print publications such as magazines, business guides and other books, seminars and other educational events, and throughout the World Wide Web.  EMI has prominently displayed the ENTREPRENEUR Mark on its letterhead, promotional literature, and media advertising, and in books and periodicals circulated throughout the United States and worldwide.

9.      In addition to the goods and services described above, EMI also owns and operates a number of websites, including its flagship website at <www.entrepreneur.com> (the "E.com Site"), through which it disseminates its editorial content and other information, as well as offers of products and services related or of interest to businesses, business owners, and prospective business

1  owners, and which averages over 6 million unique visitors per month and over 52.6
2  million page views per month.

3         10.    EMI owns all rights, title and interest in and to the ENTREPRENEUR
4  Mark for various goods and services in a number of International Classes, including
5  Classes 16, 35, and 41.  EMI owns, *inter alia*, the following United States
6  Trademark Registration Nos. for the ENTREPRENEUR Mark:  1,453,968;
7  2,502,032; and 2,263,883.  These registrations are valid and subsisting and in full
8  force and effect.  True and correct copies of the registration certificates for the cited
9  registrations are attached hereto as Exhibit A.

10        11.    Additionally, EMI owns, *inter alia*, all rights and interest to the
11 following United States Trademark Registration Nos. for marks incorporating the
12 term "ENTREPRENEUR" for use in connection with its various media outlets,
13 including printed and digitized books and online and/or Internet services:
14 3,470,064; 3,924,374; 3,519,022; 3,470,063; 3,266,532; 3,652,950; and 3,204,899.
15 These registrations are valid and subsisting and in full force and effect.  True and
16 correct copies of the registration certificates for the cited registrations are attached
17 hereto as Exhibit B.

18        12.    EMI has continuously and extensively used, advertised, marketed, and
19 promoted the ENTREPRENEUR Mark in the United States and many foreign
20 countries in connection with its goods and services, including its magazine and
21 other publications.  EMI has spent millions of dollars and has expended significant
22 effort in promoting its goods and services under the ENTREPRENEUR Mark
23 through various means, including the E.com Site.  As a result of EMI's substantial
24 investment in developing and promoting the ENTREPRENEUR Mark, the
25 ENTREPRENEUR Mark has come to identify and distinguish EMI's goods and
26 services and represents enormous goodwill of great value belonging exclusively to
27 EMI.

28

IRI-25902v1
- 3 -

1                                   ***Defendant's Infringing Acts***

2          13.     Defendant operates an infringing website (the "Infringing Website") at

3 the domain name located at the following internet address:

4 *<http://www.theentrepreneursblog.com/>* (the "Infringing Domain Name").

5          14.     Upon information and belief, Defendant uses the Infringing Website to

6 promote a blog, and related services, under the trade name "The Entrepreneurs

7 Blog." Defendant describes the services it provides as "Entrepreneur tips and how-

8 to's for starting and growing great home and Internet businesses!" A true and

9 correct copy of the home page of the Infringing Website as well as other related

10 pages from the Infringing Website is attached hereto as Exhibit C.

11          15.     Defendant uses EMI's ENTREPRENEUR Mark throughout the

12 Infringing Website to promote, advertise and market its services under the trade

13 name The Entrepreneurs Blog. For example, Defendant uses the

14 ENTREPRENEUR Mark throughout the Infringing Domain Name in connection

15 with such content as "Business 101," "Fundraising," "How To," "Social Media,"

16 "View Points", "Roundups" and to advertise articles such as "The Top 10 Best

17 Books for Entrepreneurs," "How to Start and Sell A Company In 6 Months," and

18 "Want to Start A Business Before 2011 Is Over?," among others.

19          16.     The Infringing Domain Name completely encompasses the

20 ENTREPRENEUR Mark in its entirety preceded only by the generic word "the"

21 and followed only by the generic word "blog" and, upon information and belief, is

22 confusingly similar to the ENTREPRENEUR Mark and to the E.com Site domain

23 name owned by EMI. Such confusion is heightened and made all the more likely

24 by the fact that the Infringing Website also includes advertisements for and links to

25 articles that are substantially similar to the content offered by EMI on the E.com

26 Site and in EMI's monthly ENTREPRENEUR® magazine. Defendant's use of the

27 ENTREPRENEUR Mark in the Infringing Domain Name falsely implies that the

28

1  Infringing Domain Name, the Infringing Website and the content thereon are

2  associated with, affiliated with, or approved by EMI.

3       17.    Defendant's unauthorized use of the ENTREPRENEUR Mark in the

4  Infringing Domain Name, in The Entrepreneurs Blog trade name, and throughout

5  the Infringing Website to promote content and services substantially similar to

6  those offered by EMI is likely to cause confusion or mistake as to the source or

7  sponsorship, affiliation with, or endorsement of the Infringing Domain Name, The

8  Entrepreneurs Blog trade name, the Infringing Website, and the related services and

9  content thereon.

10      18.    Upon information and belief, the Infringing Domain Name was

11  registered and used in bad faith in violation of the ACPA and the Lanham Act. The

12  Infringing Domain Name diverts consumers from EMI's online sites, such as the

13  E.com Site and others, by creating a likelihood of confusion as to whether EMI is

14  the source or sponsor of, is affiliated with, or endorses the Infringing Domain

15  Name, The Entrepreneur Blog trade name, the Infringing Website, and the related

16  services and content thereon. Such intent to create a likelihood of confusion is

17  evidence of bad faith pursuant to 15 U.S.C. § 1125(d)(1)(B)(i)(V).

18      19.    Upon information and belief, despite having knowledge of Plaintiff's

19  rights in the ENTREPRENEUR Mark, Defendant adopted and used the

20  ENTREPRENEUR Mark in connection with the Infringing Domain Name and The

21  Entrepreneurs Blog trade name.

22      20.    Upon information and belief, Defendant's services offered on the

23  Infringing Website are marketed, sold, and otherwise distributed in the same

24  channels of trade and to the same class of customers and end-users as the goods and

25  services marketed, sold, and otherwise distributed by Plaintiff under the

26  ENTREPRENEUR Mark and through its print and online media outlets, including

27  ENTREPRENEUR® magazine and the E.com Site.

28

IRI-25902v1

- 5 -

21. Upon information and belief, Defendant's use and threatened continued use of the ENTREPRENEUR Mark has been willful and in bad faith.

22. On June 2, 2011, counsel for EMI sent a letter to Mr. Alexander C. Lawrence, Lawrence Capital Management, owner of Lawrence Capital Management, the Infringing Domain Name and Infringing Website and author of much of the content contained on the Infringing Website at the address of 396 E. 60 S., American Fork, Utah 84003. A true and correct copy of the June 2, 2011 letter is attached hereto as Exhibit D.

23. In response, counsel for Mr. Lawrence offered, *inter alia*, to sell the Infringing Domain Name for $250,000. Later, counsel lowered his offer to sell the Infringing Domain Name to EMI for $50,000.

24. Defendant continues to use the Infringing Domain Name.

25. Defendant's willful infringement of EMI's intellectual property has caused and is causing EMI to suffer serious and irreparable injury.

## COUNT I – VIOLATION OF THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT
### (15 U.S.C. § 1125(d))

26. Plaintiff incorporates and realleges by reference Paragraphs 1 through 25, as though set forth in full herein.

27. The actions described above evidence Defendant's bad faith intent to profit from the registration and/or use of the ENTREPRENEUR Mark as part of the Infringing Domain Name.

28. Plaintiff is therefore entitled to an order and injunction immediately transferring the Infringing Domain Name to Entrepreneur Media, Inc.

## COUNT II - INFRINGEMENT OF A FEDERALLY-
## REGISTERED TRADEMARK
## (15 U.S.C. § 1114)

29.     Plaintiff incorporates and realleges by reference paragraphs 1 through 28 as though set forth in full herein.

30.     Defendant's use of the ENTREPRENEUR Mark as part of the Infringing Domain Name, The Entrepreneurs Blog trade name and throughout  the Infringing Website in connection with the marketing, sale, and distribution of the same or similar goods and services as offered by EMI under the ENTREPRENEUR® Mark directly infringes the ENTREPRENEUR Mark in violation of the Lanham Act, 15 U.S.C. § 1114.

31.     Defendant's use of the ENTREPRENEUR Mark as part of the Infringing Domain Name, The Entrepreneurs Blog trade name and throughout  the Infringing Website creates a likelihood of confusion, mistake and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the Infringing Domain Name, The Entrepreneurs Blog trade name and the goods and services offered on the Infringing Website.

32.     Because of Defendant's unlawful actions, EMI has suffered and continues to suffer injury, and is entitled to recover all damages it sustained and all profits realized by Defendant as a result of those unlawful actions, as well as EMI's costs of suit, pursuant to 15 U.S.C. § 1117.

33.     Upon information and belief, Defendant's unlawful actions, as above-described, were and continue to be willful, deliberate, and fraudulent, with the result that Plaintiff is entitled to treble damages and an award of reasonable attorneys' fees against Registrant, pursuant to 15 U.S.C. § 1117.

IRI-25902v1

## COUNT III – UNFAIR COMPETITION
## (Cal. Bus. & Prof. Code §§ 17200, *et seq.*)

34.    Plaintiff incorporates and realleges by reference paragraphs 1 through 33 as though set forth in full herein.

35.    Defendant's acts, as described above, constitute unlawful, unfair, and fraudulent business practices pursuant to California Business & Professions Code Sections 17200, *et seq.*

36.    Plaintiff has been damaged and will continue to be damaged by Defendant's unlawful, unfair, and fraudulent business practices, as described above. Accordingly, Plaintiff is entitled to an injunction prohibiting Defendant from continuing the practices described above, and restitution of all amounts acquired by Defendant by means of such wrongful acts.

Wherefore, EMI prays for judgment as follows:

a.    That Defendant be ordered to transfer registration of the Infringing Domain Name to Entrepreneur Media, Inc.;

b.    That Defendant be ordered to account to EMI for all of its profits in connection with any and all commercial activity relating to or generated by its use of the ENTREPRENEUR Mark in the Infringing Domain Name, The Entrepreneurs Blog trade name and on the Infringing Website and in any other manner;

c.    That EMI be awarded any and all damages it sustained as a result of Defendant's wrongful and unlawful acts as described herein;

d.    That, pursuant to 15 U.S.C. § 1117, EMI be awarded any and all profits realized by Defendant as a result of Defendant's wrongful and unlawful acts as described herein;

e.    That EMI be awarded treble damages pursuant to 15 U.S.C. § 1117;

IRI-25902v1                                     - 8 -

1            f.     That EMI be awarded punitive damages to the extent permitted

2    by law;

3            g.     That this Court issue an Order that restrains and preliminarily

4    enjoins, and a Final Order that permanently enjoins, Defendant, its officers, agents,

5    servants, employees, and attorneys, and all persons acting in active concert or

6    participation with any of them, from infringing EMI's trademark;

7            h.     That EMI be awarded its costs and attorneys' fees pursuant to 15

8    U.S.C. § 1117; and

9            i.     That EMI be granted any and such further relief as the Court

10   deems to be just and proper.

11   Dated:  September 8, 2011            JONES DAY

12

13                                      By:

14                                       Mark A. Finkelstein

15                                       Attorney for Plaintiff
                                    ENTREPRENEUR MEDIA, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## JURY DEMAND

2          Plaintiff requests a trial by jury on all claims so triable.

3   Dated: September ⁄, 2011              JONES DAY

4

5                                        By: _____

6                                              Mark A. Finkelstein

7                                        Attorney for Plaintiff
                                         ENTREPRENEUR MEDIA, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

Int. Cls.: 9 and 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,453,968
Registered Aug. 25, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR, INC. (CALIFORNIA CORPO-
RATION)
2311 PONTIUS AVENUE
LOS ANGELES, CA 90064

FOR: COMPUTER PROGRAMS AND PRO-
GRAMS USER MANUALS ALL SOLD AS A
UNIT, IN CLASS 9 (U.S. CL. 38).
FIRST USE 5-19-1983; IN COMMERCE
5-19-1983.
FOR: PAPER GOODS AND PRINTED
MATTER; NAMELY MAGAZINES, BOOKS

AND PUBLISHED REPORTS PERTAINING TO
BUSINESS OPPORTUNITIES, IN CLASS 16 (U.S.
CL. 38).
FIRST USE 5-2-1978; IN COMMERCE
5-2-1978.
OWNER OF U.S. REG. NOS. 1,130,838, 1,223,364
AND OTHERS.
SEC. 2(F) ONLY AS TO CLASS 16 GOODS.

SER. NO. 537,579, FILED 5-14-1985.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

## United States Patent and Trademark Office

Reg. No. 2,502,032
Registered Oct. 30, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 927146324

FOR: ARRANGING AND CONDUCTING TRADE SHOW EXHIBITIONS IN THE FIELD OF ENTRE-PRENEURIAL ACTIVITIES, NAMELY THE START-UP AND OPERATION OF SMALL BUSINESS EN-TERPRISES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-18-1991; IN COMMERCE 10-18-1991.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS ON THE DEVELOP-MENT AND OPERATION OF BUSINESSES, AND CONDUCTING WORK SHOPS ON COMPUTER TECHNOLOGY, TELECOMMUNICATIONS, MAR-KETING, FINANCING OPTIONS, REAL ESTATE MANAGEMENT, TAX PLANNING AND INSUR-ANCE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-18-1991; IN COMMERCE 10-18-1991.

SEC. 2(F).

SER. NO. 76-159,837, FILED 11-6-2000.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,263,883

Registered July 27, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2392 MORSE AVENUE
IRVINE, CA 927146234

FOR: ADVERTISING AND BUSINESS SERVICES, NAMELY, ARRANGING FOR THE PROMOTION OF THE GOODS AND SERVICES OF OTHERS BY MEANS OF A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICES PROVIDERS; PROVIDING BUSINESS INFORMATION FOR THE USE OF CUSTOMERS IN THE FIELD OF STARTING AND OPERATING SMALL BUSINESSES AND PERMITTING CUSTOMERS TO OBTAIN INFORMATION VIA A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS AND; WEB ADVERTISING SERVICES, NAMELY, PROVIDING ACTIVE LINKS TO THE WEBSITES OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-1992; IN COMMERCE 7-0-1992.

OWNER OF U.S. REG. NOS. 1,130,838, 1,453,968 AND OTHERS.

SER. NO. 75-018,382, FILED 11-13-1995.

JAN HOLLAND-CHATMAN, EXAMINING ATTORNEY

# EXHIBIT "B"

Int. Cls.: 16 and 35

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,470,064

Registered July 22, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# ENTREPRENEUR PRESS

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, BOOKS, MANUALS, PREPARED REPORTS, WORK BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS, AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

FOR: ON-LINE ORDERING SERVICES FEATURING PRINTED AND ELECTRONICALLY DOWNLOADABLE PUBLICATIONS, NAMELY, BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS, CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRESS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-679,564, FILED 7-16-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# ENTREPRENEUR ASSIST

**Reg. No. 3,924,374**
**Registered Mar. 1, 2011**

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY, SUITE 400
IRVINE, CA 926146244

**Int. Cls.: 38 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: PROVIDING ONLINE FACILITIES FOR REAL-TIME INTERACTION BETWEEN WEBSITE VISITORS CONCERNING TOPICS OF GENERAL INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-15-2007; IN COMMERCE 6-15-2007.

FOR: PROVIDING WEBSITE VISITORS WITH ONLINE NON-DOWNLOADABLE SOFTWARE APPLICATIONS IN THE FIELD OF BUSINESS PLANNING AND PRODUCTIVITY FOR BOOKMARKING, FILING AND TABBING ARTICLES FOUND ON WEBSITES FOR QUICKER RETRIEVAL, FOR CREATING TEXT DOCUMENTS, SPREADSHEETS AND PRESENTATIONS, FOR CUSTOMIZING BUSINESS FORMS AND TEMPLATES, FOR SELECTING AND DOWNLOADING A SELECTION OF BUSINESS BOOKS, FOR SCHEDULING EVENT DEADLINES AND APPOINTMENTS WITH EMAIL REMINDERS, AND FOR ASSISTING IN THE CREATION OF BUSINESS PLANS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-15-2007; IN COMMERCE 6-15-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968, 2,263,883, AND 2,502,032.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-691,530, FILED 7-24-2008.

KELLY CHOE, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

Int. Cls.: 9, 35 and 38

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 102 and 104

## United States Patent and Trademark Office

Reg. No. 3,519,022
Registered Oct. 21, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# ENTREPRENEUR.COM

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: DOWNLOADABLE PODCASTS IN THE FIELD OF BUSINESS, CURRENT EVENTS, LIFE-STYLE ISSUES, AND DEVELOPMENTS IN SCIENCE AND TECHNOLOGY , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

FOR: PROVIDING BUSINESS INFORMATION AND ADVICE VIA A WEB SITE ON A GLOBAL COMPUTER NETWORK, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

FOR: BROADCASTING PROGRAMS VIA A GLO-BAL COMPUTER NETWORK; AND STREAMING OF AUDIO AND VIDEO MATERIAL VIA THE INTERNET; TELECOMMUNICATIONS SERVICES, NAMELY, TRANSMISSION OF PODCASTS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968, 2,263,883, AND 2,502,032.

SEC. 2(F).

SER. NO. 77-226,387, FILED 7-10-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

Int. Cls.: **16 and 35**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102**

**Reg. No. 3,470,063**

## United States Patent and Trademark Office

Registered July 22, 2008

### TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER



ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, BOOKS, MANUALS, PREPARED REPORTS, WORK BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS, AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2002; IN COMMERCE 1-0-2002.

FOR: ON-LINE ORDERING SERVICES FEATURING PRINTED AND ELECTRONICALLY DOWNLOADABLE PUBLICATIONS, NAMELY, BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS, CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-2002; IN COMMERCE 1-0-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRESS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-679,563, FILED 7-16-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101, and 102**

## United States Patent and Trademark Office

**Reg. No. 3,266,532**
Registered July 17, 2007

## SERVICE MARK
### SUPPLEMENTAL REGISTER

# ENTREPRENEURENESPANOL.COM

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: ADVERTISING AND BUSINESS SERVICES, NAMELY, ARRANGING FOR THE PROMOTION OF GOODS AND SERVICES OF OTHERS BY MEANS OF A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS; PROVIDING BUSINESS INFORMATION FOR THE USE OF CUSTOMERS IN THE FIELD OF STARTING AND OPERATING BUSINESSES AND PERMITTING CUSTOMERS TO OBTAIN THE AFORESAID INFORMATION VIA A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS; INTERNET ADVERTISING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY PROVIDING A WEB SITE WITH ACTIVE LINKS TO THEIR WEBSITES FEATURING THEIR GOODS AND SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-13-2006; IN COMMERCE 10-13-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968 AND 2,263,883.

THE ENGLISH TRANSLATION OF THE WORDING "ENESPANOL" IS "IN SPANISH".

SER. NO. 76-670,060, FILED P.R. 12-7-2006; AM. S.R. 5-9-2007.

LINDSEY RUBIN, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,652,950

Registered July 14, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# ENTREPRENEUR CONNECT

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY, SUITE 400
IRVINE, CA 926146244

FOR: ONLINE BUSINESS NETWORKING SERVICES IN THE NATURE OF CREATING AND HOSTING A COMMUNITY FOR REGISTERED USERS TO CREATE PROFESSIONAL PROFILES, TO PARTICIPATE IN GROUP DISCUSSIONS, TO MAKE BUSINESS CONTACTS, AND TO UPLOAD ONTO THE WEBSITE MATERIALS PROMOTING THEIR BUSINESSES, PRODUCTS AND SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-16-2008; IN COMMERCE 7-16-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENTREPRENEUR", APART FROM THE MARK AS SHOWN.

SER. NO. 76-691,766, FILED 8-1-2008.

KELLY CHOE, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**Reg. No. 3,204,899**

## United States Patent and Trademark Office

Registered Feb. 6, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# ENTREPRENEUR'S STARTUPS

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 926146234

FOR: PAPER GOODS AND PRINTED MATTER; NAMELY, MAGAZINES, BOOKS, BOOKLETS AND PUBLISHED REPORTS PERTAINING TO BUSINESS OPPORTUNITIES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-27-2006; IN COMMERCE 1-27-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968 AND 2,415,429.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STARTUPS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO ENTREPRENEUR.

SER. NO. 76-657,293, FILED 3-27-2006.

MEGAN WHITNEY, EXAMINING ATTORNEY

# EXHIBIT "C"



tough to say I'm really reading 14 books at the same time, but I am. I'd say that I read 40-50 pages of one book and then switch to another. Back and forth, back and forth. Eventually I complete each and every one. I finish some much faster than others.



**Overall, I read 40+ business books each year.**

With that concept in mind, I thought I'd list some of my favorite business books of all time. These are the ones I have hard copies of. These are the ones I've read more than once. I'd add to this post as I come across new favorites. For now though, I hope you'll enjoy a brief review of my favorite business books of all time (in no particular order). I'd love it if you'd add a comment to this post with the name of your favorite business books. **I'm always looking for a great read, as are others, so please do share your favorites with us in the comments.**

Continue Reading...

## How To Vet New Product Ideas and Save Time, Money, and Effort

Tweet   97     Like   24     Share   77     By Ash Maurya   11 Comments and 0 Reactions

**H**ello my friends and happy Monday to you. Last week in our Monday guest post, we heard from my friend Mark Newman of Hirevue. He started with us his unique fundraising experience. I received several emails after that post. Some people didn't like all the details he shared, but most people loved it. I for one, admired his candor and thought it was very insightful. Give it a read if you missed it and decide for yourself.



This week, we are in for a real treat! One of my favorite Lean Startup entrepreneurs, Ash Maurya, is joining us on the blog today. Ash is a leader in entrepreneurship and the Lean Startup movement. His book, Running Lean, is one of my favorites. I'd highly recommend you read it if you are thinking about a startup or are in one (which should be most, if not all, of the readers here). In the meantime, he has favored us with one of the next guest posts I've read on this blog. **It really is that good.**

Read it, bookmark it, and read it again! Great stuff Ash. Great stuff. So, without further delay, **Ash Maurya and 'How To Vet New Product Ideas and Save Time, Money and Effort'.**

Continue Reading...

---

**Overall, I read 40+ business books each year.**

With that concept in mind, I thought I'd list some of my favorite business books of all time. These are the ones I have hard copies of. These are the ones I've read more than once. I'd add to this post as I come across new favorites. For now though, I hope you'll enjoy a brief review of my favorite business books of all time (in no particular order). I'd love it if you'd add a comment to this post with the name of your favorite business books. **I'm always looking for a great read, as are others, so please do share your favorites with us in the comments.**

Continue Reading...

## How To Vet New Product Ideas and Save Time, Money, and Effort

Tweet   97     Like   24     Share   77     By Ash Maurya   11 Comments and 0 Reactions

**H**ello my friends and happy Monday to you. Last week in our Monday guest post, we heard from my friend Mark Newman of Hirevue. He started with us his unique fundraising experience. I received several emails after that post. Some people didn't like all the details he shared, but most people loved it. I for one, admired his candor and thought it was very insightful. Give it a read if you missed it and decide for yourself.



This week, we are in for a real treat! One of my favorite Lean Startup entrepreneurs, Ash Maurya, is joining us on the blog today. Ash is a leader in entrepreneurship and the Lean Startup movement. His book, Running Lean, is one of my favorites. I'd highly recommend you read it if you are thinking about a startup or are in one (which should be most, if not all, of the readers here). In the meantime, he has favored us with one of the best guest posts I've read on this blog. **It really is that good.**

Read it, bookmark it, and read it again! Great stuff Ash. Great stuff. So, without further delay, **Ash Maurya and 'How To Vet New Product Ideas and Save Time, Money and Effort'.**

Continue Reading...



1  2  3 ... 10  Next »









Mark A. Finkelstein (State Bar . . 173851)
mafinkelstein@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone:(949) 851-3939
Facsimile:(949) 553-7539
Attorneys for Plaintiff, ENTREPRENEUR MEDIA,
INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<div style="text-align:right">PLAINTIFF(S)</div><br>v.<br><br>Lawrence Capital Management, LLC, a Utah limited liability corporation,<div style="text-align:right">DEFENDANT(S).</div> | CASE NUMBER<br><br>**SACV11-01368 AG (RNBx)**<br><br><br>**SUMMONS** |

TO:DEFENDANT(S): <u>Lawrence Capital Management, LLC</u>

A lawsuit has been filed against you.

Within <u>21</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Mark A. Finkelstein, Esq.</u>, whose address is <u>3161 Michelson Drive, Suite 800, Irvine, CA 92612</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: September 8 , 2011

By:    ROLLS ROYCE PASCHAL

Deputy Clerk

*(Seal of the Court)*      1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**SUMMONS**

American LegalNet, Inc.<br>www.USCourtForms.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br> Entrepreneur Media, Inc. | **DEFENDANTS** <br> Lawrence Capital Management, LLC |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> JONES DAY, Mark A. Finkelstein <br> 3161 Michelson Drive, Suite 800, Irvine, CA 92612 <br> 949.553.7502 | Attorneys (If Known) <br> Unknown |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1125(d) - Violation of ACPA; 15 U.S.C. § 1114 - Trademark Infringement; 17 U.S.C. § 501 - Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

---

## SACV11-01368 AG (RNBx)

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Utah |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 9/8/2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |